**Opinion issued May 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00124-CV**

————————————

**BENITA LEWIS, Appellant**

**V.**

**SAMUEL WALKER JR., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1215481**

---

## MEMORANDUM OPINION

Appellant Benita Lewis has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We therefore dismiss the appeal for nonpayment of all required fees. TEX. R. APP. P. 42.3(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.